IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD PAUL CHAPMAN,

       Petitioner,            No. CIV-S-05-1511 LKK KJM P

   vs.

JOAN WOODFORD, et al.,

       Respondents.      <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

      Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  <u>See</u> 28 U.S.C. § 1915(a).

      Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

      Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

1

1  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

2  served by the appointment of counsel at the present time.

3          In accordance with the above, IT IS HEREBY ORDERED that:

4          1.  Petitioner's request to proceed in forma pauperis is granted;

5          2.  Respondents are directed to file an answer within sixty days from the date of

6  this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the

7  answer any and all transcripts or other documents relevant to the determination of the issues

8  presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

9          3.  Petitioner's traverse, if any, is due on or before thirty days from the date

10  respondents' answer is filed;

11          4.  The Clerk of the Court shall serve a copy of this order together with a copy of

12  petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney

13  General; and

14          5.  Petitioner's request for the appointment of counsel is denied.

15  DATED:  December 27, 2005.

16

17                  _____

18                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22  chap1511.100(7.27.05)

23

24

25

26