IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD PAUL CHAPMAN,

    Petitioner,               No. CIV S-05-1511 LKK KJM P

    vs.

JIM TILTON,

    Respondent.        <u>ORDER</u>

                                /

       Petitioner has requested an extension of time to file and serve objections to the court's May 22, 2006 findings and recommendations. Good cause appearing, petitioner's request will be granted. Petitioner also informs the court that Jim Tilton should be substituted as the respondent in this action. As provided by Federal Rule of Civil Procedure 25(d)(1), Mr. Tilton will be substituted for Ms. Woodford.

/////

/////

/////

/////

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's June 7, 2006 request for an extension of time is granted;

2. Petitioner shall file and serve objections to the court's May 22, 2006 findings and recommendations on or before June 29, 2006; and

3. Jim Tilton is substituted as respondent in this action for Jeanne Woodford.

DATED: June 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
chap1511.111