1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD PAUL CHAPMAN,

11          Petitioner,                    No. CIV S-05-1511 LKK KJM P

12       vs.

13   JIM TILTON,

14          Respondent.              ORDER

15   _____/

16          On October 12, 2006, petitioner filed a motion asking that this court vacate it's

17   September 29, 2006 order adopting the magistrate judge's May 22, 2006 findings and

18   recommendations thereby dismissing this action.

19          A district court may reconsider a ruling under either Federal Rule of Civil

20   Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5

21   F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is

22   presented with newly discovered evidence, (2) committed clear error or the initial decision was

23   manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

24   /////

25   /////

26   /////

1   Petitioner does not present newly discovered evidence.  Furthermore, the court

2   finds that, after a <u>de novo</u> review of this case, the September 29, 2006 order adopting the May 22,

3   2006 findings and recommendations is neither manifestly unjust nor clearly erroneous.

4   Accordingly, IT IS HEREBY ORDERED that petitioner's October 12, 2006

5   motion for reconsideration is denied.

6   DATED:   **November 17, 2006.**

7

8

9   LAWRENCE K. KARLTON
    SENIOR JUDGE
10  UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26