IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD PAUL CHAPMAN,

    Petitioner,           No. CIV S-05-1511 LKK KJM P

   vs.

JIM TILTON,

    Respondent.        <u>ORDER</u>

/

       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal[1] of this court's dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without

---

[1] Petitioner has filed a request for an extension of time to file a notice of appeal. However, petitioner's notice of appeal was filed within thirty days of the denial of petitioner's motion to vacate, which the court construes as a motion to alter or amend judgment under Rule 59 of the Federal Rules of Civil Procedure. Therefore, petitioner's notice of appeal is timely and his request for an extension of time is unnecessary. See Fed R. App. P 4(a).

1

1  reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue
2  when the prisoner shows that jurists of reason would find it debatable whether the petition states
3  a valid claim of the denial of a constitutional right and that jurists of reason would find it
4  debatable whether the district court was correct in its procedural ruling.  <u>Slack v. McDaniel</u>, 529
5  U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or
6  issues satisfy" the above requirements.  28 U.S.C. § 2253(c)(3).

7  For the reasons set forth in the magistrate judge's May 22, 2006 findings and
8  recommendations, and this court's September 29, 2006 order, jurists of reason would not find it
9  debatable whether petitioner's application was properly dismissed.  Accordingly, a certificate of
10  appealability should not issue in this action.

11  IT IS SO ORDERED.
12  DATED: March 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT